UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

AIR-CONDITIONING AND
REFRIGERATION INSTITUTE; GAS
APPLIANCE MANUFACTURERS
ASSOCIATION; ASSOCIATION OF HOME
APPLIANCE MANUFACTURERS; and
NATIONAL ELECTRICAL
MANUFACTURERS ASSOCIATION,

        Plaintiffs,

   v.

ENERGY RESOURCES CONSERVATION
AND DEVELOPMENT COMMISSION;
WILLIAM J. KEESE, Chairman; and ROBERT
PERNELL, ARTHUR H. ROSENFELD,
JAMES D. BOYD and JOHN
L. GEESMAN, Commissioners, in their
official capacities,

        Defendants.

No. CIV S 02-2437 WBS Pan

ORDER RE: MOTION TO
SUBSTITUTE ATTORNEY OF
RECORD

The plaintiffs have moved for a substitution of attorneys; and good cause appearing therefore;

IT IS ORDERED that William R. Warne, Downey Brand, LLP be substituted for Raymond C. Marshall and J Leah of Bingham McCutchen, LLP as attorney of record for plaintiffs in this action; and

Dated:    May 18, 2006

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE