UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIR-CONDITIONING AND REFRIGERATION INSTITUTE, et al., <br><br>   Plaintiffs-Respondents, <br><br>   v. <br><br> ENERGY RESOURCES CONSERVATION AND DEVELOPMENT COMMISSION, et al., <br><br>   Defendants-Appellants. | No. 2:02-CV-02437-WBS-EFB <br><br> ORDER VACATING INJUNCTION, DISMISSING COMPLAINT, AND ENTERING JUDGMENT FOR DEFENDANTS |

   This Court entered an injunction permanently enjoining the California Energy Commission from enforcing certain regulations in Title 20, Sections 1606 - 1608, of the California Code of Regulations, on the ground that those regulations were preempted by federal law. ("Memorandum and Order," June 11, 2003, as modified by "Errata," June 23, 2003.)  In the Ninth Circuit, the injunction was vacated, the decision finding the regulations preempted was reversed, and the cause was remanded to this Court for further proceedings consistent with the Ninth Circuit's opinion.  410 F.3d 492, 505 (9th Cir. 2005); *cert. denied*, __ U.S. __, 126 S.Ct. 2887 (2006).

   In light of the Ninth Circuit's opinion, the parties have agreed on, and this Court finds good cause for, the following actions

1

PDF created with pdfFactory trial version www.pdffactory.com

the injunction entered on June 11, 2003 and modified on June 23, 2003 is permanently vacated as of September 12, 2006;

the Energy Commission shall enforce the data-submittal regulations (i.e., Section 1606 and the related provisions of Section 1608) as to those units manufactured on or after March 12, 2007, and shall enforce the marking regulations (i.e., Section 1607 and the related provisions of Section 1608) as to those units manufactured on or after September 17, 2007;

the Energy Commission shall begin a rulemaking as soon as possible to implement the changes, and consider the issues, described in Appendix A to the parties' Joint Status Conference Statement (August 28, 2006); if the changes have not taken effect by the date the CEC begins enforcing the data-submittal regulations (March 12, 2007), the CEC shall not enforce the regulations as to those items;

Counts 1, 2, and 3, and Count 8 to the extent that it does not deal with the definition of "new construction," are dismissed with prejudice;

Counts 4, 5, and 6 are dismissed as moot (see "Memorandum and Order," p. 6, June 11, 2003, as modified by "Errata," June 23, 2003);

Count 7, and Count 8 to the extent that it deals with the definition of "new construction" have already been dismissed ("Voluntary Stipulation of Dismissal Concerning Counts 7 and 8," June 27, 2003); and

Judgment is entered for Defendants.

IT IS SO ORDERED.

Dated:  September 8, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com